IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NUMBER: 14-09691/ESL |
| ANGEL LUIS MACHIN RIVERA | CHAPTER 13 |
| DEBTOR | |

### DEBTOR'S MOTION CONCERNING AMENDMENT TO SCHEDULE "F"

**TO THE HONORABLE COURT:**

**NOW COMES, ANGEL LUIS MACHIN RIVERA,** debtor through the undersigned attorney Counsel, and very respectfully states and prays as follows:

1. The debtor hereby amends Schedule F to previously filed schedule "F" docket no. 1, pursuant to Rule 1009 of the Federal Rules of Bankruptcy Procedure and local Bankruptcy Rule 1009-1.

2. This amendment to Schedule F is filed **to include unsecured creditor named Autoridad de Energía Eléctrica, postal address, PO Box 372828, Cayey, PR 00737-2828.**

**WHEREFORE,** the debtor prays that this Honorable Court take knowledge of said amendment and provide accordingly.

### NOTICE

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

Page -2-
Amended Schedule F
14-09691/ESL13

**CERTIFICATE OF SERVICE:** I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who in this case have registered for receipt of notice by electronic mail, including the US Trustee's Office and the Trustee. I further certify that the foregoing has been served by depositing true and correct copies thereof in the United States Mail, postage prepaid, to none CM/ECF participants: debtor(s), Angel Luis Machin Rivera; to the creditor affected by the amendment: Autoridad de Energía Eléctrica, PO Box 372828, Cayey, PR 00737-2828; and creditors and parties in interest as per the attached master address list.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico, this 8th day of December, 2014.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726
TEL (787) 744-7699 FAX (787) 746-5294
EMAIL: rfigueroa@rfclawpr.com

B6F (Official Form 6F) (12/07)

IN RE **MACHIN RIVERA, ANGEL LUIS** _____ Case No. **3:14-bk-9691** _____
Debtor(s) (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5579471000**<br>**AEE**<br>**PO Box 372828**<br>**Cayey, PR 00737-2828** | | | **Utility Bill** | | | | 2,618.97 |
| ACCOUNT NO. **5579471000**<br>**AEE**<br>**ATTN J FONSECA RODRIGUEZ**<br>**PO Box 13248**<br>**SAN JUAN, PR 00908** | | | **Querella no. 140494939**<br>**Utility bill; administrative expenses and penalty.** | | | X | 49,600.41 |
| ACCOUNT NO. **523032252528**<br>**Att Services**<br>**PO Box 192830**<br>**San Juan, PR 00919** | | H | **OPEN ACCOUNT OPENED 4/2008**<br>**Cellular Bill** | | | | 652.00 |
| ACCOUNT NO. **523036133671**<br>**Att Services**<br>**PO Box 192830**<br>**San Juan, PR 00919** | | H | **OPEN ACCOUNT OPENED 8/2007** | | | | 284.00 |

**1** continuation sheets attached

Subtotal (Total of this page) $ **53,155.38**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE MACHIN RIVERA, ANGEL LUIS _____ Case No. **3:14-bk-9691** _____
Debtor(s) (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **750652574**<br>Claro<br>PO Box 360998<br>San Juan, PR 00936 | | H | OPEN ACCOUNT OPENED 5/2011<br>Cellular Bill | | | | 589.00 |
| ACCOUNT NO. **XXXXXXX1003**<br>Fingerhut Freshstart<br>16 Mcleland Rd<br>Saint Cloud, MN 56303 | | H | OPEN ACCOUNT OPENED 7/2014 | | | | 235.00 |
| ACCOUNT NO.<br>Jefferson Capital Syst<br>16 McLeland Rd<br>Saint Cloud, MN 56303-2198 | | | Assignee or other notification for:<br>Fingerhut Freshstart | | | | |
| ACCOUNT NO. **368288**<br>Oasis Finance Service<br>275 Lemay Ferry Ro<br>Saint Louis, MO 63125 | | H | INSTALLMENT ACCOUNT OPENED 4/2013<br>Personal Loan | | | | 2,857.00 |
| ACCOUNT NO.<br>Commoloco Inc<br>55 Calle De Diego<br>San Lorenzo, PR 00754 | | | Assignee or other notification for:<br>Oasis Finance Service | | | | |
| ACCOUNT NO. **07771000183**<br>Universal Financial<br>PO Box 71493<br>San Juan, PR 00936-8593 | | | Pantheon | | | X | 1,743.00 |
| ACCOUNT NO. **6369920302814166**<br>Webbank/fingerhut Fres<br>6250 Ridgewood Rd<br>Saint Cloud, MN 56303 | | H | INSTALLMENT ACCOUNT OPENED 3/2013 | | | | 235.00 |

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **5,659.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **58,814.38**

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE MACHIN RIVERA, ANGEL LUIS                              Case No. __3:14-bk-9691__
                      Debtor(s)                                                                                                    (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __2 Sch. "F"__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: __12/8/14__       Signature: _/s/ Angel L. Machin_
                                              ANGEL LUIS MACHIN RIVERA
                                                                                                                         Debtor

Date: _____    Signature: _____
                                                                                                                  (Joint Debtor, if any)

[If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

| Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer | Social Security No. (Required by 11 U.S.C. § 110.) |
|---|---|

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

Address

| Signature of Bankruptcy Petition Preparer | Date |
|---|---|

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

                                                                          (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

```
Label Matrix for local noticing      US Bankruptcy Court District of P.R.    AEE
0104-3                                Jose V Toledo Fed Bldg & US Courthouse  PO Box 372828
Case 14-09691-ESL13                   300 Recinto Sur Street, Room 109        Cayey, PR  00737-2828
District of Puerto Rico               San Juan, PR 00901-1964
Old San Juan
Mon Dec  8 09:08:35 AST 2014

Att Services                          Claro                                   (p)SPRINGLEAF FINANCIAL SERVICES
PO Box 192830                         PO Box 360998                           P O BOX 3251
San Juan, PR 00919-2830               San Juan, PR 00936-0998                 EVANSVILLE IN 47731-3251



Fingerhut Freshstart                  FirstBank Of Puerto Rico                (p)JEFFERSON CAPITAL SYSTEMS LLC
16 Mcleland Rd                        PO Box 11865                            PO BOX 7999
Saint Cloud, MN 56303-2198            San Juan, PR  00910-3865                SAINT CLOUD MN 56302-7999



Oasis Finance Service                 Universal Financial                     Webbank/fingerhut Fres
275 Lemay Ferry Ro                    PO Box 71493                            6250 Ridgewood Rd
Saint Louis, MO 63125-1239            San Juan, PR  00936-8593                Saint Cloud, MN 56303-0820



ALEJANDRO OLIVERAS RIVERA             ANGEL LUIS MACHIN RIVERA                MONSITA LECAROZ ARRIBAS
ALEJANDRO OLIVERAS CHAPTER 13 TRUS    PO BOX 206                              OFFICE OF THE US TRUSTEE (UST)
PO BOX 9024062                        SAN LORENZO, PR 00754-0206              OCHOA BUILDING
SAN JUAN, PR 00902-4062                                                       500 TANCA STREET  SUITE 301
                                                                              SAN JUAN, PR 00901


ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186
```

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Commoloco  Inc                        Jefferson Capital Syst                  End of Label Matrix
55 Calle De Diego                     16 McLeland Rd                          Mailable recipients    15
San Lorenzo, PR  00754                Saint Cloud, MN  56303-2198             Bypassed recipients     0
                                                                              Total                  15
```