IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| | CASE NO. 14-09691 ESL |
| ANGEL LUIS MACHIN RIVERA | Chapter 13 |
| XXX-XX-4933 | |
| | FILED & ENTERED ON 03/04/2015 |
| Debtor(s) | |

## ORDER AND NOTICE

A hearing is hereby scheduled for **06/03/2015** at **09:00 A.M.** at JOSE V TOLEDO FED BLDG & US COURTHOUSE, 300 RECINTO SUR STREET, COURTROOM 2 SECOND FLOOR, SAN JUAN, PR; to consider the following:

1- Motion to Quash Debtor's Intend to Pay Value of Collateral for Lack of Basic Procedural Due Process of Law filed by Firstbank Puerto Rico (docket #14);

2- Debtor's Reply to Motion to Quash Debtor's Intend to Pay Value of Collateral for Lack of Basic Procedural Due Process of Law (docket #20).

The Clerk shall give notice to all parties in interest.

In San Juan, Puerto Rico, this 04 day of March, 2015.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge